

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2019

No. 04-19-00572-CV

**IN THE INTEREST OF J.G.C., JR., C.A.C., H.C., Z.C., AND J.A.C., CHILDREN,**

From the County Court, Jim Wells County, Texas
Trial Court No. 16-03-55745-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights.  The appellants' briefs were originally due to be filed on October 28, 2019.  On October 28, 2019, the appellants filed a motion requesting an extension of time to file their briefs.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration.  TEX. R. JUD. ADMIN. 6.2.  Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

The motion is GRANTED, and the appellants' briefs must be filed no later than November 7, 2019.  Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk